UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIA D. LEMON, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>PATRICIA HOLLOMAN, COLUMBIA )<br>FIDUCIARY HUB, HENRY MACRI, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:16-CV-404-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 10]. Plaintiff's application to proceed in forma pauperis [D.E. 6] is GRANTED, and the complaint [D.E. 1-1] is deemed to be filed. Lemon's notice of dismissal [D.E. 11] is GRANTED.

**This Judgment Filed and Entered on July 17, 2017, and Copies To:**

Antonia D. Lemon        (Sent to 802 Giles Place N.E. Leland, NC 28451-9998 via US Mail)

DATE:                PETER A. MOORE, JR., CLERK

July 17, 2017            (By) /s/ Nicole Briggeman
                    Deputy Clerk